THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14

ERIC ARLEN MOOTZ,

                    Plaintiff,

        v.

CAROLYN COLVIN,

                    Defendant.

CASE NO. C13-0718-JCC

ORDER

15    This matter comes before the Court on the Report and Recommendation of the Honorable

16  James P. Donohue, United States Magistrate Judge (Dkt. No. 20). No objections to the Report

17  and Recommendation have been filed. The Court, after consideration of the complaint, the

18  parties' briefs, the Report and Recommendation, and the balance of the record, hereby ORDERS:

19        (1) The Court adopts the Report and Recommendation (Dkt. No. 20).

20        (2) The final decision of the Commissioner is AFFIRMED and this case is dismissed

21            with prejudice.

22        (3) The Clerk is respectfully directed to send copies of this Order to the parties and to

23            Judge Donohue.

24  //

25  //

26  //

ORDER
PAGE - 1

1    DATED this 28th day of April 2014.

2

3

4

5

6

7                                                    John C. Coughenour
                                                     UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
PAGE - 2